```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


LEHIGH VALLEY PHYSICIAN GROUP  :    CIVIL ACTION
                               :
         v.                    :
                               :
MDVIP, INC., et al.            :    NO. 10-5413
```

ORDER

AND NOW, this 28th day of August, 2012, whereas the Court issued an order dated August 7, 2012, asking the parties to show cause why all claims and counterclaims in this case should not be dismissed with prejudice in view of the fact that the parties have not contacted the Court in well over a year after the Court put the case in suspense to settle the matter, and whereas the parties submitted responses to the Court's order, IT IS HEREBY ORDERED that all claims and counterclaims in this case are dismissed with prejudice. This case is closed.

                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.